Larry Wayne NATT, Appellant,

v.

Marvin D. MORRISON, Warden, FCI, Forrest City, Appellee.

No. 03–1396.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 31, 2003.

Decided Nov. 3, 2003.

1. The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

Larry Wayne Natt, pro se, Forrest City, AR, for Petitioner–Appellant.

E. Fletcher Jackson, U.S. Attorney's Office, Little Rock, AR, for Respondent–Appellee.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Federal inmate Larry Wayne Natt appeals the district court's * order dismissing Natt's 28 U.S.C. § 2241 petition. Because the district court correctly concluded Natt's inability to file a successive 28 U.S.C. § 2255 motion did not make section 2255 inadequate or ineffective to test the legality of his detention, we affirm. *See* 8th Cir. R. 47B.

---

* The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.